UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 1:09-cv-23060-MGC

CAROLE MOLLOY,

    Plaintiff,

v.

RK NETMEDIA, INC., a Florida corporation; NET 227, INC., a Florida Corporation; NAMECHEAP, INC., a Delaware corporation; EDDIE COLLINS, an individual; SCORCHING SANDS, INC., a Florida corporation; ADAM NALEPOWSKI, an individual; MICHAEL PUSZKARZ, an individual; T. KGELS, an individual; LLC ADVERTISING, INC., a Florida corporation; and DOES 1 through 10, inclusive,

    Defendants.               /

### DEFENDANTS RK NETMEDIA, INC. AND LLC ADVERTISING, INC.'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendants RK Netmedia, Inc. and LLC Advertising, Inc.'s ("Defendants"), through their undersigned counsel, hereby move for an additional twenty days within which to respond to the Complaint and state:

1.    This matter was recently transferred to the Southern District of Florida from the United States District Court for the Central District of California.

2.    Plaintiff's counsel has indicated that the Plaintiff intends to dismiss the action with prejudice, but needs additional time to retain Florida counsel to do so. *See* Letter dated October 29, 2009 from Michael D. Kuznetsky attached as **Exhibit "A"**.

3. In the event that Plaintiff does not dismiss the case with prejudice as against RK Netmedia, Inc. and LLC Advertising, Inc., these Defendants intend to file a Motion to Stay the Proceedings and to Compel Arbitration pursuant to Rule 12(B)(3), Federal Rules of Civil Procedure. The Defendants do not want to incur the cost of filing such a Motion, or waste judicial resources, if the case is going to be dismissed.

4. Defendants have conferred with counsel for the Plaintiff, who has no objection to the relief requested in this Motion.

WHEREFORE, Defendants RK Netmedia, Inc. and LLC Advertising, Inc. request this Court to extend the time within which to file a responsive pleading until November 19, 2009 and to grant such other relief as the Court deems just and proper.

Dated: October 30, 2009.                    Respectfully submitted,

**TEW CARDENAS LLP**
*Counsel for Defendants RK Netmedia, Inc. and LLC Advertising, Inc.*
Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, Florida 33131
Telephone: 305.536.1112
Facsimile: 305.536.1116


By:   /s/ Lawrence A. Kellogg
      **Lawrence A. Kellogg, P.A.**
      Florida Bar No. 328601
      lak@tewlaw.com

CASE NO. 1:09-cv-23060-MGC

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **October 30, 2009**, I have filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:  /s/ Lawrence A. Kellogg
**Lawrence A. Kellogg, P.A.**
Florida Bar No. 328601
lak@tewlaw.com

## SERVICE LIST

**Michael D. Kuznetsky, Esquire**
*Counsel for Plaintiff*
FATTOROSI & ASSOCIATES, P.C.
5850 Canoga Avenue, Suite 400
Woodland Hills, California 91357
Telephone: (818) 881-8500
Facsimile: (818) 881-9008

534113_1