LAW OFFICES OF

# FATTOROSI & ASSOCIATES, P.C.

5850 CANOGA AVENUE, SUITE 400
WOODLAND HILLS, CALIFORNIA 91367
TEL: (818) 881-8500; FAX: (818) 881-9008

October 29, 2009

**VIA FACSIMILE (818) 386-9289**
**AND FIRST CLASS MAIL**
Allan B. Gelbard, Esq.
15760 Ventura Boulevard, Suite 801
Encino, CA 91436

Re:   CAROLE MOLLOY v. RK NETMEDIA, INC., et al.
      Southern District of Florida Case No. 1:09-cv-23060

Dear Mr. Gelbard:

This letter is to confirm our telephonic conversation on this date. I indicated that our client will voluntarily dismiss the entire above-referenced action. As we must obtain Florida co-counsel, it will take a little while to get the filing done. Regardless, our office will not file a default and will waive any default for failure to file a responsive pleading.

To expedite the filing of the dismissal, please advise if your Florida counsel will forward our office a Stipulation of Voluntary Dismissal of Action compliant with Florida's local rules.

Very truly yours,

FATTOROSI & ASSOCIATES, P.C.

MICHAEL D. KUZNETSKY

MDK:s

