UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 1:09-cv-23060-MGC

CAROLE MOLLOY,

    Plaintiff,

v.

RK NETMEDIA, INC., a Florida corporation; NET 227, INC., a Florida Corporation; NAMECHEAP, INC., a Delaware corporation; EDDIE COLLINS, an individual; SCORCHING SANDS, INC., a Florida corporation; ADAM NALEPOWSKI, an individual; MICHAEL PUSZKARZ, an individual; T. KGELS, an individual; LLC ADVERTISING, INC., a Florida corporation; and DOES 1 through 10, inclusive,

    Defendants.            /

**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, Carole Molloy, and Defendants, RK Netmedia, Inc. and LLC Advertising, Inc., through undersigned counsel, hereby stipulate that the above-captioned matter is hereby dismissed with prejudice as against RK Netmedia, Inc. and LLC Advertising, Inc., with each party to bear its own costs and attorneys fees.

DATED this 18th day of November, 2009.

Respectfully submitted,

| | |
|---|---|
| TEW CARDENAS LLP<br>*Counsel for Defendants*<br>Four Seasons Tower, 15th Floor<br>Miami, Florida 33131<br>Telephone: 305.536.1112<br>Facsimile: 305.536.1116<br><br>By: /s/ Lawrence A. Kellogg<br>　　Lawrence A. Kellogg, P.A.<br>　　Florida Bar No. 328601 | REINER & REINER, PA<br>*Counsel for Plaintiff*<br>One Datran Center<br>9100 South Dadeland Blvd.<br>Suite 901<br>Miami, FL 33156<br>Telephone: 305.670.8282<br>Facsimile: 305.870.8989<br><br>By: /s/ David P. Reiner II<br>　　David P. Reiner II, Esq.<br>　　Florida Bar No. 416400 |

534117.1