UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 1:09-cv-23060-MGC

CAROLE MOLLOY,

    Plaintiff,

v.

RK NETMEDIA, INC., a Florida corporation; NET 227, INC., a Florida Corporation; NAMECHEAP, INC., a Delaware corporation; EDDIE COLLINS, an individual; SCORCHING SANDS, INC., a Florida corporation; ADAM NALEPOWSKI, an individual; MICHAEL PUSZKARZ, an individual; T. KGELS, an individual; LLC ADVERTISING, INC., a Florida corporation; and DOES 1 through 10, inclusive,

    Defendants.                              /

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**NOTICE IS HEREBY GIVEN TO THE COURT AND ALL PARTIES THAT:**

Pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff, Carole Molloy, voluntarily dismisses the above-entitled action as to all other defendants without prejudice.

Dated: November 18, 2009.   Respectfully submitted,

**REINER & REINER, PA**
*Counsel for Plaintiff, Carole Molloy*
One Datran Center
9100 South Dadeland Blvd.
Suite 901
Miami, FL 33156
Telephone: 305.670.8282
Facsimile: 305.870.8989


By:  /s/ David P. Reiner II
**David P. Reiner II, Esq.**
Florida Bar No. 416400
dpr@reinerslaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **November 18, 2009**, I have filed the foregoing document with the Clerk of the Court using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


By:  /s/ David P. Reiner II
**David P. Reiner II, Esq.**
Florida Bar No. 416400
dpr@reinerslaw.com


## SERVICE LIST

| | |
|---|---|
| **Allan B. Gelbard, Esq.** | **Lawrence A. Kellogg, P.A.** |
| *Counsel for Defendants RK Netmedia, Inc. and LLC Advertising, Inc.* | *Counsel for Defendants RK Netmedia, Inc. and LLC Advertising, Inc.* |
| 15760 Ventura Blvd #801 | TEW CARDENAS LLP |
| Encino, CA 91436-3095 | Four Seasons Tower, 15th Floor |
| Telephone No. (818) 386-9200 | 1441 Brickell Avenue |
| Facsimile No. (818) 386-9289 | Miami, Florida   33131 |
| | Telephone: 305.536.1112 |
| | Facsimile: 305.536.1116 |